

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2022

No. 04-22-00086-CR

Freddy **VILLANUEVA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2021-0284-CR
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The reporter's record was originally due on April 11, 2022. On April 11, 2022, court reporter Lisa A. Traslavina filed a notification of late record, notifying this court that the reporter's record was not filed because appellant has not provided the reporter a designation of record.

It is therefore **ORDERED** that appellant provide written proof to this court within ten (10) days of the date of this order that appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1).

It is further **ORDERED** that the reporter's record must be filed no later than thirty (30) days after the date appellant's written proof is filed with this court. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date the clerk's record is filed, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Chief Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2022.



_____

MICHAEL A. CRUZ, Clerk of Court